UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-CV-23089-MOORE-ELFENBEIN

CHRISOTPHER KOSACHUK,

    Plaintiff

v.

9197-5904 QUEBEC, INC.,

    Defendant

_____/

FILED BY __MC__ D.C.

AUG 27 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION TO REMAND

Christopher Kosachuk, *pro se*, hereby moves to remand this case back to state court.[1] In support, Mr. Kosachuk states:

### INTRODUCTION

1. This action involves the untimely removal of a $1,187,894.49 judgment (the "FitzSimon Judgment") entered by the Honorable Jean K. FitzSimon on March 24, 2015 in the United States Bankruptcy Court for the Eastern District of Pennsylvania and domesticated in 11th Judicial Circuit in and for Miami-Dade County, Florida on October 26, 2023. [D.E. 1 pp. 12-18].

2. The FitzSimon Judgment was twice affirmed by both the United States District Court for the Eastern District of Pennsylvania and the United States Court of Appeals for the Third Circuit. Indeed, the Notice of Removal attached the scathing opinion and judgment of the Third Circuit where Appellant Quebec was taxed with costs in addition to the findings of

---

[1] Attorney Joel Aresty filed a motion for attorney Todd Mosser to appear pro hace vice in this case, [see Doc. 6] and thus this Motion to Remand is being served on Mr. Mosser even though the Court has not granted the Motion to Appear. Service on Mr. Mosser does not constitute consent to his Motion to Appear Pro Hac Vice or a waiver of any rights with respect to this Motion to Remand.

bad faith being affirmed. [*See* D.E. 1 pp. 134-144].

3. The FitzSimon Judgment is valid, enforceable and unstayed.

4. This notice of removal is the latest ploy to delay the execution of the FitzSimon Judgment and is simply untimely having been filed over 9 months late.

5. The removal was filed because the Honorable Peter Lopez was set to hear Mr. Kosachuk's Motion for Writ of Execution [*See* D.E. 1 pp. 114-129] and Motion to Strike Sham Filings [*See* D.E. 1 pp. 130-144] on August 15, 2024 at 9:00AM.

6. This removal was filed in bad faith to avoid this hearing where Judge Lopez was set to authorize execution proceedings.

7. Quebec and Ms. Hazan, filed the involuntary bankruptcy in Philadelphia in bad faith which resulted in the FitzSimon Judgment for punitive damages, in excess of $1 million, as confirmed by the Third Circuit [*See* D.E. 1 p. 144] and now filed this removal in bad faith.

8. Their bad faith will continue until the Courts sanction them severely as the FitzSimon Judgment appears to be insufficient.

## MEMORANDUM OF LAW

### This Proceeding is NOT Related to a Case Arising Under Title 11

9. Quebec wrongfully claims that the FitzSimon Judgment is related to a pending bankruptcy when it is not.

10. Quebec claims "this proceeding is related to the pending case before the honorable [*sic*] Chief Judge K. Michael Moore also titled *Chris Kosachuk v. 9197-5904 Quebec, Inc.* case 18-mc-25369-KMM". However, this case is **not** a bankruptcy.

### The Removal is Untimely

11. The State Court Litigation is proceeding in the 11th Judicial Circuit in and for Miami-Dade County.

12. The Notice of Removal was untimely filed on August 13, 2024, almost 10 months after the Florida domestication was filed on October 26, 2023.

13. Quebec claims that it "was never served with the State Court Summons and Complaint" which is demonstrable false because there was no Summons and Complaint. It was the recording of a foreign judgment, served by the Miami-Dade County Clerk directly on Quebec and its principal, Elizabeth Hazan and Attorney Aresty, moved in Florida State Court on November 13, 2023 for a stay of the FitzSimon Judgment and to quash the Notice of Filing of the Foreign Judgment". [*See* D.E. 1 pp. 19-26].

14. Attorney Aresty, on behalf of Quebec, also recorded a lis pendens with respect to the FitzSimon Judgment on November 13, 2023. [*See* D.E. 1 pp. 90-93].

15. Also, on November 13, 2023 in Florida State Court, Ms. Hazan, Quebec's principal, moved to quash the recording of the FitzSimon Judgment in Florida.

16. 28 U.S.C. 1446(b)(1) reads: The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter.

17. Based on the timeline above, the Notice of Removal was clearly untimely.

Movant consents to the adjudication and disposition of this Motion to Remand by the

Magistrate Judge assigned to this case.

## CONCLUSION

This is a textbook case for remand.

**WHEREFORE**, for the reasons set forth above, Mr. Kosachuk respectfully requests that the Court grant his Motion to Remand, issue an order to show cause why Selective's attorneys should not be sanctioned for a bad faith and frivolous notice of removal, and grant such other and further relief as the Court deems appropriate

Dated: 25th day of August, 2024.

Respectfully submitted,

Christopher Kosachuk
*Pro Se Movant, Plaintiff & Judgment Creditor*
854 Pheasant Run Rd.
West Chester, PA 19382-8144
(305) 490-5700
chriskosachuk@gmail.com

Case 1:24-cv-23089-KMM   Document 9   Entered on FLSD Docket 08/28/2024   Page 5 of 6
Plaintiff Christopher Kosachuk's Motion for Rule 11 Sanctions
Case No.
Page 5 of 5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of foregoing was mailed to the Clerk of Court who will electronically file it and serve it upon all parties of record as indicated on this 25th day of August, 2024.

|  | Christopher Kosachuk<br>*Pro Se Movant, Plaintiff & Judgment Creditor*<br>854 Pheasant Run Rd.<br>West Chester, PA 19382-8144<br>(305) 490-5700<br>chriskosachuk@gmail.com |
|---|---|

## SERVICE LIST

### Via CM/ECF/Email

Joel Aresty, Esq. attorney for 9197-5904 Quebec, Inc.
aresty@mac.com

Todd Mosser, Esq. attorney for 9197-5904 Quebec, Inc.
todd@mosserlegal.com

Elizabeth Hazan, principal of 9197-5904 Quebec, Inc.
lizahazan77@gmail.com

| FROM: | (305) 383-3550 | SHIP DATE: 25AUG24 |
|---|---|---|
| FedEX Office | | ACTWGT: 1.00 LB |
| 13901 SW 88th St | | CAD: 251115902/WSXI3600 |
| Miami FL 33186 US | | BILL 3rd PARTY |

TO **Clerk of Court**

**400 N. Miami Ave 8th Floor**

**Miami FL 33128**   (US)

**(305) 490-5700**   REF:
INV:
PO:   DEPT:

 

FedEx Ground

TRK# **2786 9498 3622**

**33128**



9622 0417 3 (000 000 0000) 0 00 2786 9498 3622